JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONTE DESHAWN SIMS,<br><br>    Petitioner,<br><br>    v.<br><br>CHRISTIAN PFEIFFER,<br><br>    Respondent. | Case No. LA CV 15-9454 JCG<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Memorandum Opinion and Order Dismissing Petition for Writ of Habeas Corpus with Prejudice and Declining to Issue Certificate of Appealability.[1]

DATED: November 23, 2016

                                          HON. JAY C. GANDHI
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Both parties have consented to this Court's authority to enter a final order in this case. [*See* Dkt. Nos. 2, 12, 14]; *see also* Rule 10 of the Rules Governing Section 2254 Cases in the United States District Courts; 28 U.S.C. § 636(c)(1).